UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VINCENT WARD,<br><br>Petitioner,<br><br>v.<br><br>T. CAMPBELL,<br><br>Respondent. | No. 2:23-cv-2175 DAD KJN P<br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 22, 2023, respondent filed a motion to dismiss. Pursuant to the October 23, 2023 order, petitioner's opposition was due within thirty days. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within fourteen days, why his failure to oppose respondent's motion to dismiss (ECF No. 9) should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an

////

////

////

1

1 opposition.  Petitioner is cautioned that failure to respond to the instant order, or to file an
2 opposition to the pending motion to dismiss, will result in a recommendation that this action be
3 dismissed.
4 Dated:  January 26, 2024

/ward2175.46h

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE