1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH VINCENT WARD,                    No.  2:23-cv-2175 DAD KJN P

12              Petitioner,

13        v.                                 ORDER

14   T. CAMPBELL,

15              Respondent.

16

17        Petitioner requested an extension of time until March 4, 2024, to respond to respondent's

18   motion to dismiss filed December 22, 2023.  On January 26, 2024, the undersigned ordered

19   petitioner to show cause for his failure to oppose respondent's motion to dismiss, which crossed

20   in the mail with his request for extension.  Therefore, the order to show cause is discharged, and

21   petitioner's request for an extension of time to file his opposition is granted.

22        Good cause appearing, IT IS HEREBY ORDERED that:

23        1.  The January 26, 2024 order to show cause (ECF No. 15) is discharged;

24        2.  Petitioner's request for an extension of time (ECF No. 14) is granted; and

25        3.  Petitioner shall file an opposition to respondent's motion to dismiss (ECF No. 9) on or

26   before March 4, 2024.

27   Dated:  February 1, 2024

     /ward2175.111
28

                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE